**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MINTZ, FALLEAN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-33696 ABG<br><br>JUDGE A. BENJAMIN GOLDGAR |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE A. BENJAMIN GOLDGAR
      BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 09/13/04. The Trustee was appointed on 09/13/04. An order for relief under Chapter 7 was entered on 09/13/04.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 9/20/07 is as follows:

   a. RECEIPTS (See Exhibit C)                                $       431,939.68

|   |   |   |
|---|---|---|
| b. DISBURSEMENTS (See Exhibit C) | $ | 409,986.71 |
| c. NET CASH available for distribution | $ | 21,952.97 |

d. TRUSTEE/PROFESSIONAL COSTS
   1. Trustee compensation requested (See Exhibit E)   $   10,000.00
   2. Trustee Expenses (See Exhibit E)   $   198.39
   3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)   $   37,475.53
e. Illinois Income Tax for Estate (See Exhibit G)   $   0.00

5. The Bar Date for filing unsecured claims expired on 02/10/05.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 17,696.42 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 192,053.63 |
| e. Allowed unsecured claims | $ | 80,704,097.42 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $20,000.00. Professional's compensation and expense requested but not yet allowed is $7,198.03. The total of Chapter 7 professional fees and expenses requested for final allowance is $17,396.42. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $5,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  9/20/07                                    RESPECTFULLY SUBMITTED,


                                              By:/s/Thomas B. Sullivan
                                              THOMAS B. SULLIVAN, TRUSTEE
                                              1900 RAVINIA PLACE
                                              ORLAND PARK, IL  60462
                                              Telephone # (708) 226-2700

## TRUSTEE TASKS

On September 13, 2004, the debtor filed a voluntary bankruptcy petition which was set for a 341 hearing on November 4, 2004.

Prior to the 341 hearing the Trustee reviewed the schedules which listed no real estate and a 2003 Mercedes leased vehicle for $60,000.00. Priority tax claims of $195,000 were listed along with $6,090,000.00 in unsecured debt.

The Trustee conducted a 341 hearing on November 4, 2004. Prior to the meeting the Trustee and Trustee's counsel had discussions with various creditors and their counsel. There was also a motion to transfer the case to a bankruptcy judge who was administering other parts of the case. The Trustee estimated that there would be between $50,000,000 and $1,100,000.00 in claims filed. There were numerous matters to be reviewed with counsel on three related bankruptcy matters and a 2004 examination of the debtor's then wife.                          **10 HOURS**

The Trustee and his counsel identified transfers by the debtor to his companies and his wife, Bonnie Mintz and the existence of an account in which the proceeds of such transfers had been deposited. The Trustee filed an adversary and motion for an injunction to freeze the account and the Trustee ultimately recovered $6,616.18 from Smith Barney as a preference under case number 05A 03625. The Trustee continued the investigation of the accuracy of the amount turned over without any further success.                          **10 HOURS**

The Trustee investigated a 2003 Mercedes the debtor was driving, but it turned out to have no equity.                          **2 HOURS**

**The Trustee conducted an extensive investigation of the residence at 10524 Muirfield Drive, Naperville, IL where the debtor lived. The home was titled solely in the name of the debtor's wife.**

**The Trustee's counsel prepared, filed and prosecuted a fraudulent conveyance action against the residence through discovery and pre-trial filings. The Trustee ultimately accepted a settlement with court approval, under which the Trustee sold the property and divided the proceeds with the title holder, Bonnie Mintz. The net proceeds to the estate were $35,076.28.** **15 HOURS**

**The Trustee cooperated with the bankruptcy trustee of the bankruptcy estate of Delta Phones, Inc. and EZ Talk Communications, LLC against the debtor to deny him a discharge. The two creditors were owed a total of $55,545,190.00.** **8 HOURS**

**The Trustee employed an accountant to prepare and file the necessary state and federal tax returns.** **1 HOUR**

**Claims were reviewed, appropriate claim objections were filed and the final report was prepared and filed.** **2 HOURS**

**48 HOURS @ $475.00 = $22,800.00**

**EXHIBIT A**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 431,939.68 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 3,500.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 04B-33696 ABG  
**Case Name:** MINTZ, FALLEAN  

**Period Ending:** 09/20/07

**Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 09/13/04 (f)  
**§341(a) Meeting Date:** 11/04/04  
**Claims Bar Date:** 02/10/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10524 MUIRFIELD DRIVE, NAPERVILLE, IL (u) | 500,000.00 | 500,000.00 | | 425,000.00 | FA |
| 2 | HOUSEHOLD GOODS | 1,250.00 | 3,000.00 | | 0.00 | FA |
| 3 | PERSONAL CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 4 | BIG PHONE LLC, FOOTPRINT, M&T LLC, SOURCECOM | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2003 MERCEDES LEASED VEHICLE | 60,000.00 | 0.00 | | 0.00 | FA |
| 6 | BONNIE MINTZ (u) | 520,000.00 | 520,000.00 | | 6,616.18 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 323.50 | Unknown |
| 7 | **Assets**   Totals (Excluding unknown values) | **$1,081,550.00** | **$1,023,000.00** | | **$431,939.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

PURSUING ADVERSARIES FOR REAL ESTATE AND FRAUDULANT CONVEYANCE; INVESTIGATING FACTS TO SUPPORT OBJECTION TO DISCHARGE REVIEWING CLAIMS AND PREPARING TO CLOSE

**Initial Projected Date Of Final Report (TFR):** December 31, 2005    **Current Projected Date Of Final Report (TFR):** September 30, 2007

Printed: 09/20/2007 10:16 AM    V.9.55

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04B-33696 ABG | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | MINTZ, FALLEAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****81-65 - Money Market Account |
| Taxpayer ID #: | 13-7478812 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/20/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/27/05 | {6} | SMITH BARNEY | TURNOVER OF FUNDS/PREFERENCE 05A 03625 vs . BONNIE MINTZ & SMITH BARNEY | 1241-000 | 6,616.18 | | 6,616.18 |
| 11/10/05 | | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE 1/2 PROCEEDS | | 35,076.28 | | 41,692.46 |
| | {1} | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE  425,000.00 | 1210-000 | | | 41,692.46 |
| | | WASHINGTON MUTUAL | FIRST MORTGAGE PAYOFF  -294,046.59 | 4110-000 | | | 41,692.46 |
| | | AMERICAN CHARTERED BANK | SECOND MORTGAGE PAYOFF  -28,336.93 | 4110-000 | | | 41,692.46 |
| | | | COUNTY TAXES  -8,485.43 | 2820-000 | | | 41,692.46 |
| | | KOENIG & STREY GMAC | COMMISSION  -21,250.00 | 3510-000 | | | 41,692.46 |
| | | CHICAGO TITLE | TITLE INSURANCE  -740.00 | 2500-000 | | | 41,692.46 |
| | | CHICAGO TITLE | OVERNIGHT DELIVERY FEES  -50.00 | 2500-000 | | | 41,692.46 |
| | | DUPAGE COUNTY | COUNTY STAMPS  -212.50 | 2820-000 | | | 41,692.46 |
| | | STATE OF ILLINOIS | STATE STAMPS  -425.00 | 2820-000 | | | 41,692.46 |
| | | CHICAGO TITLE | CERTIFICATE OF RELEASE  -56.00 | 2500-000 | | | 41,692.46 |
| | | ASSOCIATED SURVEYING GROUP | SURVEY COSTS  -540.00 | 2500-000 | | | 41,692.46 |
| | | RUSSELL & ABRAHAM, LTD | WELL AND SEPTIC INSPECTION  -225.00 | 2500-000 | | | 41,692.46 |
| | | ALTA INSPECTION SERVICES | STUCCO INSPECTION  -480.00 | 2500-000 | | | 41,692.46 |
| | | BONNIE MINTZ | 1/2 OWNER FUNDS  -35,076.27 | 8500-002 | | | 41,692.46 |

Subtotals :   $41,692.46   $0.00

{} Asset reference(s)                                                                     Printed: 09/20/2007 10:16 AM    V.9.55

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 04B-33696 ABG  
**Case Name:** MINTZ, FALLEAN  

**Taxpayer ID #:** 13-7478812  
**Period Ending:** 09/20/07  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*81-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 11.98 | | 41,704.44 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.86 | | 41,725.30 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 23.50 | | 41,748.80 |
| 02/09/06 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #04B-33696, Bond #016026455 | 2300-000 | | 32.07 | 41,716.73 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 22.42 | | 41,739.15 |
| 03/09/06 | 1002 | Grochocinski, Grochocinski & Lloyd, Ltd. | INTERIM FEES TO TRUSTEE'S COUNSEL | 3210-000 | | 20,000.00 | 21,739.15 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 17.53 | | 21,756.68 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.77 | | 21,770.45 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.80 | | 21,785.25 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.33 | | 21,799.58 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.82 | | 21,814.40 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.83 | | 21,829.23 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.87 | | 21,843.10 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.31 | | 21,858.41 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.36 | | 21,872.77 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.89 | | 21,886.66 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.59 | | 21,901.25 |
| 02/07/07 | 1003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #04B-33696, BOND #016026455 | 2300-000 | | 30.92 | 21,870.33 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.90 | | 21,881.23 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.68 | | 21,892.91 |
| | | | **Subtotals :** | | **$263.44** | **$20,062.99** | |

{} Asset reference(s)

Printed: 09/20/2007 10:16 AM    V.9.55

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 04B-33696 ABG  
**Case Name:** MINTZ, FALLEAN  

**Taxpayer ID #:** 13-7478812  
**Period Ending:** 09/20/07  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*81-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.08 | | 21,904.99 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.08 | | 21,917.07 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.31 | | 21,928.38 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.49 | | 21,940.87 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.10 | | 21,952.97 |
| | | | **ACCOUNT TOTALS** | | 42,015.96 | 20,062.99 | **$21,952.97** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 42,015.96 | 20,062.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,015.96** | **$20,062.99** | |

{} Asset reference(s)

Printed: 09/20/2007 10:16 AM V.9.55

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 04B-33696 ABG | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** | MINTZ, FALLEAN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****81-66 - Checking Account |
| **Taxpayer ID #:** | 13-7478812 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 09/20/07 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | {Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
               Net Receipts :      42,015.96
        Plus Gross Adjustments :   389,923.72
 Less Other Noncompensable Items :  35,076.27
                                  _____
               Net Estate :       $396,863.41
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****81-65** | 42,015.96 | 20,062.99 | 21,952.97 |
| **Checking # ***-*****81-66** | 0.00 | 0.00 | 0.00 |
| | $42,015.96 | $20,062.99 | $21,952.97 |

{} Asset reference(s)

Printed: 09/20/2007 10:16 AM      V.9.55

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MINTZ, FALLEAN<br><br>　　　　　　　Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-33696 ABG<br><br>JUDGE A. BENJAMIN GOLDGAR |

**PROPOSED DISTRIBUTION REPORT**

　　I, <u>THOMAS B. SULLIVAN, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION</u>:

| | |
|---|---:|
| Secured Claims: | $　　　　0.00 |
| Chapter 7 Administrative Expenses: | $　　17,696.42 |
| Chapter 11 Administrative Expenses: | $　　　　0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $　　　　0.00 |
| Secured Tax Liens: | $　　　　0.00 |
| Priority Tax Claims: | $　　4,256.55 |
| Other Priority Claims (507(a)(9)): | $　　　　0.00 |
| General Unsecured Claims: | $　　　　0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $　　21,952.97 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 41,067.09 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | 23,093.17 | 10,000.00 |
| ADMIN2 | THOMAS B. SULLIVAN, TRUSTEE | 198.39 | 198.39 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 15,277.50 | 5,000.00 |
| ADMIN4 | Grochocinski, Grochocinski & Lloyd, Ltd. | 742.06 | 742.06 |
| ADMIN5 | Alan D. Lasko | 1,444.30 | 1,444.30 |
| ADMIN6 | Alan D. Lasko | 11.67 | 11.67 |
| ADMIN7 | Clerk Of The U.S. Bankruptcy Court | 300.00 | 300.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|   |   | TOTAL | $ | 0.00 |
|---|---|---|---|---|

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

|  |  | TOTAL | |
| --- | --- | --- | --- |
|  |  | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 192,053.63 | 2.22% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 002 | DEPT. OF THE TREASURY - IRS | 192,053.63 | 4,256.55 |
| | | TOTAL $ | 4,256.55 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 80,704,097.42 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | VERTEX BROADBAND CORP | 300,000.00 | 0.00 |
| 002 | DEPARTMENT OF TREASURY - IRS | 284,277.22 | 0.00 |
| 004 | JAMES C. BROWN | 3,922,145.56 | 0.00 |
| 005 | RONALD R. PETERSON CH 7 BKCY TRUSTEE | 24,424,315.13 | 0.00 |
| 006 | RONALD PETERSON, CH 7 BANKRUPTCY TRUSTEE | 31,120,875.55 | 0.00 |
| 007 | SBC COMMUNICATIONS INC. | 12,287,586.16 | 0.00 |

| | | | |
|---|---|---:|---:|
| 008 | SBC COMMUNICATIONS INC. | 22,610.43 | 0.00 |
| 009 | SBC COMMUNICATIONS INC. | 1,191,194.71 | 0.00 |
| 010 | BELL SOUTH | 7,151,092.66 | 0.00 |
| | | TOTAL $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____     _____
                                   THOMAS B. SULLIVAN, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 20,000.00 | 5,000.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 742.06 | |
| | | | 25,742.06 |
| **Accountant for Trustee** | | | |
| Alan D. Lasko Fees | 0.00 | 1,444.30 | |
| Alan D. Lasko Expenses | 0.00 | 11.67 | |
| | | | 1,455.97 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 20,000.00 | $ 7,198.03 | $ 27,198.03 |

1