**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MINTZ, FALLEAN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-33696 ABG<br><br>JUDGE A. BENJAMIN GOLDGAR |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: **U.S. BANKRUPTCY COURT
   219 S. DEARBORN, COURTROOM 613
   CHICAGO, ILLINOIS 60604**

   on: **November 19, 2007**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         431,939.68

   b. Disbursements                         $         409,986.71

   c. Net Cash Available for Distribution   $          21,952.97

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

|  | Compensation<br>Previously | Fees Now | Expenses<br>Now |
|---|---|---|---|
| Applicant | Paid | Requested | Requested |

| | | |
|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $10,000.00 |
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Expenses) | 0.00 | $198.39 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 20,000.00 | $5,000.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $742.06 |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $1,444.30 |
| Alan D. Lasko (Trustee's Accountant Expenses) | 0.00 | $11.67 |
| Clerk Of The U.S. Bankruptcy Court (US Bankruptcy Court) | 0.00 | $300.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $192,053.63 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 2.22%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 002 | DEPT. OF THE TREASURY - IRS | $ 192,053.63 | $ 4,256.55 |

7. Claims of general unsecured creditors totaling $80,704,097.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | VERTEX BROADBAND CORP | $ 300,000.00 | $ 0.00 |
| 002 | DEPARTMENT OF TREASURY - IRS | $ 284,277.22 | $ 0.00 |

| 004 | JAMES C. BROWN | $ 3,922,145.56 | $ 0.00 |
|---|---|---|---|
| 005 | RONALD R. PETERSON CH 7 BKCY TRUSTEE | $ 24,424,315.13 | $ 0.00 |
| 006 | RONALD PETERSON, CH 7 BANKRUPTCY TRUSTEE | $ 31,120,875.55 | $ 0.00 |
| 007 | SBC COMMUNICATIONS INC. | $ 12,287,586.16 | $ 0.00 |
| 008 | SBC COMMUNICATIONS INC. | $ 22,610.43 | $ 0.00 |
| 009 | SBC COMMUNICATIONS INC. | $ 1,191,194.71 | $ 0.00 |
| 010 | BELL SOUTH | $ 7,151,092.66 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of debtor.

Dated: **October 23, 2007**

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: THOMAS B. SULLIVAN, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1          Date Rcvd: Oct 23, 2007
Case: 04-33696                Form ID: pdf002             Total Served: 27

The following entities were served by first class mail on Oct 25, 2007.
 db            Fallean Mintz,    US Post Office,    Ogden Avenue,    Naperville, IL 60564
 aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
8593285       +AllTell,    P.O. 9001908,    Louisville, KY 40290-1908
8559846        BellSouth,    c/o Paul M Rosenblatt,    KilParick Stockton LLP,
               1100 Peachtreet Street NE Suite 2800,    Atlanta, Georgia 30309-4530
8593286       +Bellsouth,    P.O. 740144,    Atlanta, GA 30385-0001
8593287       +Bonnie Mintz,    10524 Muirfield,    Naperville, IL 60564-8086
8593288       +Century Phones,    P.O. 6000,    Marion, LA 71260-6000
8593289        Darryl Laddin,    Arnall Golden,    2800 One Atlantic Center,    Atlanta, GA 30309
8970503       +E Lee Hofmann,    Attn Matthew J Botica & Michael J Jones,    35 W Wacker Drive,
               Chicago, IL 60601-1723
8593290        I.D.E.S.,    Benefit Repayments,    P.O. Box 4385,    Chicago, IL 60680-4385
8593292      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8593291       +Illinois Department Of Revenue,    Bankruptcy & Probate,    100 E Randolph Street, 7th Floor,
               Chicago,, IL 60601-3218
8917569       +James C Brown,    4703 Menlo Park Drive,    Sugar Land, TX 77479-3829
8483499       +James C Brown Trustee for the Members Interest,    Holders of E2 Talk Communications LLc,
               co Matthew Henneman,    1010 Lamar Suite 1600,    Houston, Tx 77002-6325
8593293       +James C. Brown, Trustee,    Adelman, & Gettleman,    53 W. Jackson St., St. 1050,
               Chicago, IL 60604-3786
8926096       +Ronald R. Patterson, not individually,,    but as Chapter 7 Trustee of,    Delta Phones, Inc.,
               Jenner & Block LLP,    One IBM Plaza,    Chicago, IL 60611-7603
8926037       +Ronald R. Peterson, not individually,,    but as Chapter 7 Trustee of EZ Talk,
               Communications LLC,    Jenner & Block LLP,    One IBM PLaza,    Chicago, IL 60611-7603
8593294       +SBC,    C/O JNR Adjustment Company,    2905 Northwest Blvd., Ste 220,    Plymouth, MN 55441-2644
8931627       +SBC Communications Inc,    C/O Cheryl Becker-IM Bankruptcy,    722 N Broadway Floor 11,
               Milwaukee , WI 53202-4303
8593295        Sprint,    Customer Services,    P. O. Box 152046,    Irving, TX 75015-2046
8594070       +Strong & Associates,    Delhi, LA 71232
8729995       +Vertex Broadband Corp,    c/o Bradley H Foreman,    6914 W North Ave,    Chicago, IL 60707-4413
8593297       +Washington Mutual,    c/o Shapiro & Kreisman,    4201 Lake Cook Road,    Northbrook, IL 60062-1060
The following entities were served by electronic transmission on Oct 24, 2007.
8593296        E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 24 2007 04:01:54      Verizon Wireless,
               P. O. Box 6170,    Carol Stream, IL  60197-6170
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8593745        Mercedes Benz
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2007**              **Signature:** _Joseph Speetjens_